UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-60553-CIV-SINGHAL

DWIGHT DUNBRACCO, individually and on
behalf of all others similarly situated,

    Plaintiff,

v.

SENIOR HEALTHCARE ADVISORS LLC,

    Defendant.
_____/

## ORDER

**THIS CAUSE** comes before the Court on two (2) filings: Plaintiff Patricia Bailey Childers and Defendant's Joint Notice of Settlement (DE [46]) and Plaintiff Dwight Dunbracco and Defendant's Stipulation of Dismissal (DE [48]), which were filed on April 3, 2025 and April 9, 2025, respectively. The Court has reviewed both filings and is otherwise fully advised in the premises.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that:

1. This cause shall stand **DISMISSED WITH PREJUDICE** as to Plaintiff Dwight Dunbracco's individual claims.

2. As to Plaintiff Patricia Bailey Childers' individual claims, the Parties must file a stipulation of dismissal with prejudice of the action by **May 2, 2025.**

3. This cause shall stand **DISMISSED WITHOUT PREJUDICE** as to any other member of the putative class's rights to bring claims.

4. The Clerk of Court is directed to **CLOSE** this case. Any pending motions are **DENIED AS MOOT**. All other deadlines and hearings are **CANCELLED.**

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 10th day of April 2025.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF