UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-60553-CIV-SINGHAL

PATRICIA BAILEY CHILDERS, individually and
on behalf of all others similarly situated,

    Plaintiffs,

v.

SENIOR HEALTHCARE ADVISORS LLC,

    Defendant.
_____/

### ORDER

**THIS CAUSE** has come before the Court on Parties' Stipulation of Dismissal (DE [50]), filed on April 14, 2025.  The Court having reviewed the Stipulation and being otherwise advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** that this cause shall stand **DISMISSED WITHOUT PREJUDICE** as to Plaintiff Patricia Bailey Childers's claims.  Each party shall bear its own attorneys' fees and costs.  The Clerk of Court is directed to **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 15th day of April 2025.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF